## DISCIPLINARY CASES

**2004–1799 and 2007–1919. Toledo Bar Assn. v. Lowden.**
This cause came on for further consideration upon relator's filing on March 31, 2014, of a motion to seal and to deny application for reinstatement. In addition, on April 14, 2014, respondent filed a request for a second opinion.

Upon consideration thereof, it is ordered by this court that relator's motion to seal is granted. The report of Thomas G. Sherman, M.D., attached to relator's motion, is hereby filed under seal in this matter.

It is further ordered, sua sponte, that within 45 days, respondent is to provide Dr. Sherman with a complete copy of respondent's mental-health records from 2003 to the present so that Dr. Sherman may supplement his first report based on the complete records.

It is further ordered that relator's motion to deny application for reinstatement and respondent's request for a second opinion are held in abeyance until Dr. Sherman submits a supplemental report.

**2006–0443. Columbus Bar Assn. v. Linnen.**
This matter came on for further consideration upon the filing by relator, Columbus Bar Association, of a motion for an extension of time to name a probation monitor for respondent.

Upon consideration thereof, it is ordered by this court that the motion is granted. Relator shall file with the clerk of this court the name of the attorney who will serve as respondent's monitor by May 16, 2014.

## CASE ANNOUNCEMENTS

*May 7, 2014*

[Cite as *05/07/2014 Case Announcements*, 2014-Ohio-1922.]

## MISCELLANEOUS DISMISSALS

**2014–0246. Barker v. Emergency Professional Servs., Inc.**
Trumbull App. No. 2012–T–0098, 2013-Ohio-5819. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2014–0382. State ex rel. Republic Servs., Inc. v. Wright.**
Franklin App. No. 13AP–219, 2014-Ohio-312. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the clerk of the Court of Appeals for Franklin County.

## MEDIATION MATTERS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2014–0490. Innkeeper Ministries, Inc. v. Testa.**
Board of Tax Appeals, No. 2010–2803.

**2014–0507. DBC Fawn Lake Limited Partners v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2012–795, 2012–951, and 2012–952.